IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TERRY RICHARDSON d/b/a Terry Richardson Concrete, LLC )<br>)<br>)<br>v. )<br>)<br>MACK MECHANICAL, INC.; and )<br>AMERICAN SAFETY CASUALTY )<br>INSURANCE COMPANY ) | No. 2-12-0109 |

O R D E R

The Court is not able to grant the parties' joint motion to amend case management order (Docket Entry No. 47) as long as the trial remains scheduled on December 2, 2014, in accord with Local Rule 16.01(d)(2)(f), which provides that all briefing on any dispositive motion, i.e., the reply, must be completed at least 90 days prior to the trial.

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, February 18, 2014, at 4:00 p.m.,** to be initiated by counsel for the plaintiff, to address the parties' joint motion and whether the parties want to reschedule the trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge