IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

TERRY RICHARDSON d/b/a Terry )
Richardson Concrete, LLC )
) No. 2-12-0109
v. )
)
MACK MECHANICAL, INC.; and )
AMERICAN SAFETY CASUALTY )
INSURANCE COMPANY )

O R D E R

Pursuant to the order entered February 10, 2014 (Docket Entry No. 48), counsel for the parties called the Court on February 18, 2014, at which time the following matters were addressed:

1. The parties' joint motion to amend case management order (Docket Entry No. 47) is GRANTED as provided below.

2. The January 31, 2014, deadline for completion of all discovery is extended to June 2, 2014.

3. Although not specifically addressed on February 18, 2014, the February 7, 2014, deadline for filing any discovery motion is extended to June 6, 2014. Alternatively, counsel shall, by no later than June 6, 2014, schedule a telephone conference call with the Court to address any discovery issue or dispute.

4. The March 14, 2014, deadline for filing any dispositive motion is extended to August 15, 2014. Any response shall be filed within 31 days of the filing of the motion or by September 15, 2014. Any reply, if necessary, shall be filed within 21 days of the filing of the response or by October 6, 2014, if the response is filed on September 15, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

There shall be no stay of discovery before the June 2, 2014, deadline for completion of all discovery even if a dispositive motion is filed prior thereto.

5. In consultation with Judge Sharp's office, the jury trial is RESCHEDULED from December 2, 2014, to **Tuesday, May 12, 2015,** in the L. Clure Morton United States Post Office and Court House, 9 E. Broad Street, Cookeville, TN. The parties estimate that the trial will last three (3) days.

The November 3, 2014, pretrial conference is also RESCHEDULED to **Monday, May 4, 2015, at 1:30 p.m.**, in the Cookeville Courthouse.

The parties' obligations prior to the pretrial conference will be set forth by order entered closer to the trial date.

Except as modified herein, the deadlines provided in the order entered January 7, 2013 (Docket Entry No. 32), as modified by the order entered September 19, 2013 (Docket Entry No. 46), remain in full force and effect.

It is so ORDERED.

                                                    JULIET GRIFFIN
                                                    United States Magistrate Judge