IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

TERRY RICHARDSON d/b/a Terry )
Richardson Concrete, LLC )
) No. 2-12-0109
v. )
)
MACK MECHANICAL, INC.; and )
AMERICAN SAFETY CASUALTY )
INSURANCE COMPANY )

O R D E R

Upon the Court's request, counsel for the parties called the Court on May 29, 2014, at which time the following matters were addressed:

1.        The plaintiff's motion to compel (Docket Entry No. 50) is GRANTED.

By June 2, 2014, counsel for defendant Mack Mechanical, Inc. ("Mack") shall forward the documents that he has in his possession that are responsive to the requests for documents and respond to the interrogatories served by the plaintiff on August 16, 2013. By June 10, 2014, defendant's counsel shall verify with his client representative that there are no further responsive paper or electronic documents and produce any such additional documents.

Defendant Mack shall supplement its Rule 26(a)(1) initial disclosures by June 16, 2014.

2.        The plaintiff's motion for an extension of discovery deadline (Docket Entry No. 51) and the plaintiff's amended motion for an extension of discovery deadline (Docket Entry No. 52) are GRANTED.

The June 2, 2014 deadline for completion of all discovery is extended to July 15, 2014.[1]

3.        The plaintiff's motion to lessen the response time of production of documents for a discovery deposition (Docket Entry No. 54) is GRANTED.

---

[1] Counsel advised that the parties will not use any experts in this case.

Defendant Mack shall produce the contract documents described in the notice to take discovery deposition and production of records and corresponding subpoenas (Docket Entry No. 53, 56, and 57-1), by June 2, 2014.

The deposition of the records custodian is now scheduled on June 10, 2014. See Docket Entry No. 56.

4.      The August 15, 2014, deadline for filing any dispositive motion is extended to August 25, 2014. Any response shall be filed within 31 days of the filing of the motion or by September 25, 2014. Any reply, if necessary, shall be filed within 21 days of the filing of the response or by October 16, 2014, if the response is filed on September 25, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after October 16, 2014, except with the express permission of the Honorable Kevin H. Sharp.

There shall be no stay of discovery before the July 15, 2014, deadline for completion of all discovery even if a dispositive motion is filed prior thereto.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge