IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TERRY RICHARDSON d/b/a Terry Richardson Concrete, LLC | ) ) ) |
| v. | ) No. 2-12-0109 ) ) |
| MACK MECHANICAL, INC.; and AMERICAN SAFETY CASUALTY INSURANCE COMPANY | ) ) ) ) |

O R D E R

By order entered August 4, 2014 (Docket Entry No. 70), a hearing on the plaintiff's amended second motion for sanctions (Docket Entry No. 68) was scheduled on August 12, 2014.

The August 12, 2014, hearing was CANCELLED, upon request of plaintiff's counsel prior to the scheduled hearing, to allow the parties an opportunity to resolve the outstanding issues, with leave to reschedule the hearing as appropriate if the parties are not able to reach a resolution.

By August 27, 2014, the parties shall file a joint notice, indicating whether they have reached a resolution of all pending issues, whether the plaintiff's amended second motion for sanctions is rendered moot, and/or whether a hearing should be rescheduled.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge