IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

TERRY RICHARDSON d/b/a Terry )
Richardson Concrete, LLC )
) No. 2-12-0109
v. )
)
MACK MECHANICAL, INC.; and )
AMERICAN SAFETY CASUALTY )
INSURANCE COMPANY )

O R D E R

By order entered August 13, 2014 (Docket Entry No. 72), the parties were directed to file a joint notice by August 27, 2014, indicating whether they have reached a resolution of all pending issues relating to the plaintiff's amended second motion for sanctions (Docket Entry No. 68), whether the plaintiff's amended second motion for sanctions is rendered moot, and/or whether a hearing should be rescheduled.[1]

On August 27, 2014, plaintiff's counsel called the office of the Magistrate Judge to advise that the parties are still attempting to resolve any issues but will need an additional week.

Therefore, the time for the parties to file a joint notice, as described above, is extended to September 3, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By the August 13, 2014, order, the hearing, scheduled by order entered August 4, 2014 (Docket Entry No. 70), on August 12, 2014, was cancelled.